# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>   v.<br><br>PHILLIP GOGGIN,<br><br>                          Defendant. | Case No. MJ10-01<br>District of Colorado: CR10-6<br><br>**DETENTION ORDER** |

Offense charged:

    Bank Robbery by Force or Violence.

Date of Detention Hearing: January 6, 2010.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

                FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    Defendant has been charged in the District of Colorado with multiple counts of bank robbery by force. He also has an active and extraditable bench warrant issued by a Colorado

state court for identity theft and fraud. Defendant also did not contest entry of a detention order by this Court.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 6th day of January, 2010.

/s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge